EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented to:<br>___ FEPA<br>_X_ EEOC | Agency(ies) Charge No(s):<br>433-2021-01930 |
|---|---|---|

_____ and EEOC
*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*)<br>Ms. LaTreka Jones | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Street Address | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>Wake County Sheriff's Office | No. Employees, Members<br>100+ | Phone No. (Include Area Code)<br>(919) 856-6900 |
|---|---|---|
| Street Address<br>330 S Salisbury St., Raleigh, NC 27601 | City, State and ZIP Code | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*)<br><br>__ RACE  __ COLOR  __ SEX  __ RELIGION  __ NATIONAL ORIGIN<br><br>__ RETALIATION  __ AGE  _X_ DISABILITY  __ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest     Latest<br>                  01/16/2021<br><br>__ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

Charging Party, LaTreka Jones, is a former employee of Respondent, Wake County Sheriff's Department ("Respondent"). Her son is a person with a disability requiring Ms. Jones' assistance. Respondent was aware of her responsibilities regarding the need to care for her son and grew tired of allowing her time off to care for him. On two separate performance reviews – reviews that demonstrated that she was performing her job well – her leave was referenced with a negative connotation. Respondent's supervisor denied Ms. Jones two days off in December 2020 to take her son for his previously scheduled, routine medial treatment. Time off that had been approved by her supervisor ahead of time. It was only after she contacted Human Resources that the Sheriff approved the two days off. However, he told Charing Party that it would not be good for her if they ever had to have a conversation about missing work again.

The Respondent was aware that Ms. Jones would continue to require periodic time off to care for her son and it acted to get rid of the problem and she was terminated on January 16, 2021 based on her association with her disabled son.

Respondent's actions are in violation of the Americans with Disabilities Act Amendments Act, 42 U.S.C.§ 12101 et al. in that Respondent took Ms. Jones' son's disability as a factor in its decision to terminate her.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLANANT |
| May 21, 2021      *LaTreka Jones*<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

Equal Employment Opportunity Commission
RALEIGH EEOC OFFICE
Received 6/2/21

Case 5:22-cv-00028-M   Document 5-1   Filed 01/31/22   Page 1 of 1

**EXHIBIT A**