UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LATREKA JONES<br><br>       Plaintiff,<br><br>v.<br><br>GERALD M. BAKER, Wake County Sheriff,<br>and JET INSURANCE COMPANY,<br>as surety,<br><br>       Defendants. | Civil Action No. 5:22-cv-28 |

## NOTICE OF VOLUNARY DISMISSAL OF DEFENDANT
## JET INSURANCE COMPANY

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, LaTreka Jones, through the undersigned counsel, hereby voluntarily dismisses all claims against **Defendant Jet Insurance Company only**, without prejudice.

Respectfully submitted,

*/s/ Michael C. Harman*
Michael C. Harman
**Harman Law, PLLC**
16507 Northcross Drive, Suite B
Huntersville, North Carolina 28078
Telephone: 704.885.5550
E-Mail: michael@harmanlawnc.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system and served upon counsel of record via the Court's electronic case filing system.

Respectfully submitted this the 12th day of May, 2022.

/s/ Michael C. Harman  
Michael C. Harman  
Attorney for Plaintiff